IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYS J. MALDONADO,<br><br>                           Plaintiff,<br><br>- vs -<br><br>BROOKTROUT TECHNOLOGY INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, AND CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT TECHNOLOGY, AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT TECHNOLOGY INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY,<br><br>                          Defendants. | C.A. No. 03-12299 RCL |

## ASSENTED-TO MOTION TO EXTEND TIME IN WHICH DEFENDANTS MUST FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants Brooktrout Technology, Inc., Eric Giler, As President Of Brooktrout Technology and individually, Christine Ryan, as Corporate Human Resources Director of Brooktrout Technology and individually, Michele Michaud, as Sales Administration Director of Brooktrout Technology and individually, and Valerie Wascoat, as Sales Administration Supervisor of Brooktrout Technology and individually, (collectively, the "Defendants") respectfully move this Court to extend the time in which they must file an answer or otherwise respond to Plaintiff Ivys J. Maldonado's Complaint For Declaratory Relief (the "Complaint") for four weeks, up to and including March 23, 2004. As grounds for this Motion, Defendants state:

    1.      On February 4, 2004, Plaintiff served the Complaint on the Defendants.

3. The current deadline by which Defendants must respond to the Complaint is February 24, 2004.

4. Due to the voluminous nature of the Complaint, Defendants request an extension of four weeks to answer or otherwise respond to Plaintiff's Complaint.

5. The requested extension is brief, and Plaintiff will not be prejudiced by the extension of time.

6. Plaintiff has assented to the relief requested.

WHEREFORE, Defendants request the Court grant this Assented-To Motion and extend the deadline by which Defendants must respond to Plaintiff's Complaint up to and including March 23, 2004.

> BROOKTROUT TECHNOLOGY, INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY,
>
> By their Attorneys,
>
> /s/ Stacey DiJon
> David S. Rosenthal (BBO # 429260)
> Stacey L. DiJon (BBO # 647142)
> Nixon Peabody LLP
> 101 Federal Street
> Boston, MA 02110
> (617) 345-1000

February 24, 2004

## CERTIFICATE OF SERVICE

I, Stacey L. DiJon, hereby certify that a copy of the foregoing document was served on February 24, 2004 by overnight mail to counsel for plaintiff.

_____
Stacey DiJon

BOS1356750.1                                          - 3 -