n+

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Ivys J. Maldonado | COURT CASE NUMBER<br>03CV 12299 RCL |
|---|---|
| DEFENDANT<br>Brooktrout Technology, Inc. | TYPE OF PROCESS<br>Summons and Amended Complaint<br>with Attachments |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Eric Giler, as President of Brooktrout Technology and Individually |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | Brooktrout Technology, 250 First Avenue, Needham, MA  01701 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Scott A. Lathrop, Esquire<br>Scott A. Lathrop & Associates<br>122 Old Ayer Road<br>Groton, MA  01450 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Monday, Tuesday or Wednesday from 9:00 to 5:00, or at his home address located at 105 Benvenue Street, Wellesley, MA  02482.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(978) 448-8234 | DATE<br>02/03/2004 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>2/3/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service    Time    ☐ am  ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | $11.78 | — | $56.78 | | | |

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# UNITED STATES DISTRICT COURT

First                                      District of    Massachusetts

Ivys J. Maldonado

V. Brooktrout Technology Inc., Eric Giler, as President of Brooktrout Tecnology and Individually, Christine Ryan, as Corporate Human Resources Director of Brooktrout Technology, and Individually, Michele Michaud, as Sales Administration Director of Brooktrout Technology and Individually, and Valerie Wascoat, as Sales Administration Supervisor of Brooktrout Technology and Individually

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

03 CV 12299 RCL

TO: (Name and address of Defendant)

Eric Giler, President of Brooktrout Technology, Inc., and Individually
c/o Brooktrout Technology, Inc.
250 First Avenue
Needham, MA 01701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott A. Lathrop, Esquire
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450

an answer to the complaint which is herewith served upon you, within ___20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

NOV 1 8 2003

CLERK                                                    DATE

(By) DEPUTY CLERK