U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ivys J. Maldonado | 03CV 12299 RCL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Brooktrout Technology, Inc. | Summons and Amended Complaint with Attachments |

**SERVE** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Christine Ryan, as Corporate Human Resources Director of Brooktrout Technology and Individually

**AT**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Brooktrout Technology, 250 First Avenue, Needham, MA   01701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott A. Lathrop, Esquire
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA   01450

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                                Fold

Monday, Tuesday or Wednesday from 9:00 to 5:00.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | (978) 448-8234 | 02/03/2004 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Delauera | 2/3/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown 'at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | |
|---|---|---|
| | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| Address *(complete only if different than shown above)* | Date of Service | Time | ☐ am / ☐ pm |
| | 2/5/04 | 1:15 | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | See Gdet 285 | | $45 | | | |

REMARKS:

# UNITED STATES DISTRICT COURT

First _____   District of   Massachusetts _____

SUMMONS IN A CIVIL CASE

Ivys J. Maldonado    V. Brooktrout Technology
                        Inc., Eric Giler, as   03 - 12299 RCL
                        President of Brooktrout
                        Technology and          CASE NUMBER:
                        Individually, Christine Ryan, as Corporate Human Resources
                        Director of Brooktrout Technology and Individually,
                        Michele Michaud, as Sales Administration Director of
                        Brooktrout Technology and Individually, and Valerie Wascoat,
                        as Sales Administration Supervisor of Brooktrout Technology
                        and Individually

TO: (Name and address of Defendant)

Christine Ryan, Corporate Human Resources Director
of Brooktrout Technology and Individually
c/o Brooktrout Technology, Inc.
250 First Avenue
Needham, MA 01701

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott A. Lathrop, Esquire
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450

an answer to the complaint which is herewith served upon you, within ____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 18 2003

DATE