IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYS J. MALDONADO,<br><br>           Plaintiff,<br><br>- vs -<br><br>BROOKTROUT TECHNOLOGY INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, AND CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT TECHNOLOGY, AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT TECHNOLOGY INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY,<br><br>           Defendants. | C.A. No. 03-12299 RCL |

**NOTICE OF CHANGE OF ADDRESS**

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

 PLEASE TAKE NOTICE that, effective immediately, the address of Nixon Peabody LLP (Boston office only) will change as follows:

      Nixon Peabody LLP
      100 Summer Street
      Boston, MA  02110

The telephone and facsimile numbers will remain the same - telephone (617) 345-1000; facsimile (617) 345-1300.

            *Stacey DiJon*
            David S. Rosenthal (BBO # 429260)
            Stacey L. DiJon (BBO # 647142)
            Nixon Peabody LLP
            100 Summer Street
            Boston, MA  02110
            (617) 345-1000

        Attorneys for Brooktrout Technology, Inc., Eric Giler, as President Of Brooktrout Technology and Individually, Christine Ryan, as Corporate Human Resources Director of Brooktrout Technology and Individually, Michele Michaud, as Sales Administration Director of Brooktrout Technology And Individually, and Valerie Wascoat, as Sales Administration Supervisor of Brooktrout Technology and Individually

Dated: March 29, 2004

## CERTIFICATE OF SERVICE

I, Stacey L. DiJon, hereby certify that I have this day served a copy of the foregoing document, by first class mail to plaintiff's counsel on March 29, 2004.

_____
Stacey DiJon

2

BOS1366950.1