IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYS J. MALDONADO,<br><br>Plaintiff,<br><br>- vs -<br><br>BROOKTROUT TECHNOLOGY INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, AND CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT TECHNOLOGY, AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT TECHNOLOGY INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY,<br><br>Defendants. | C.A. No. 03-12299 RCL |

## DEFENDANT BROOKTROUT TECHNOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT

Now comes the Defendant, Brooktrout Technology, Inc., by and through its counsel, and hereby submits the following disclosure of corporate affiliations pursuant to Local Rule 7.3:

Brooktrout Technology, Inc. is a wholly-owned subsidiary of Brooktrout, Inc., a Delaware Corporation.

BROOKTROUT TECHNOLOGY, INC.,

By its attorneys,

*/s/ Stacey DiJon*

David S. Rosenthal (BBO # 429260)
Stacey L. DiJon (BBO # 647142)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: March 30, 2004

BOS1366024.1

## CERTIFICATE OF SERVICE

I, Stacey L. DiJon, hereby certify that I have this day served a copy of the foregoing document, by first class mail to plaintiff's counsel on March 30, 2004.

_____
Stacey DiJon



# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-1226
E-Mail: sdijon@nixonpeabody.com

March 30, 2004

**VIA HAND DELIVERY**

Civil Clerk's Office, U.S. Courthouse
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    Ivys J. Maldonado v. Brooktrout Technology, Inc., *et al.*,
             United States District Court C.A. No. 03-12299 RCL

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter is Defendant Brooktrout Technology, Inc.'s Corporate Disclosure Statement. Kindly date-stamp the enclosed copy of this letter and return it to me in the self-addressed stamped envelope provided.

Thank you for your attention to this matter.

                                       Very truly yours,

                                       Stacey L. DiJon

Enclosure
cc:    James J. Long, Jr., Esq.
       Scott A. Lathrop, Esq.
       David S. Rosenthal, Esq.

BOS1366021.1