IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYS J. MALDONADO,<br><br>                                      **Plaintiff**,<br><br>- vs -<br><br>BROOKTROUT TECHNOLOGY INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, AND CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT TECHNOLOGY, AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT TECHNOLOGY INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY,<br><br>                                      **Defendants.** | C.A. No. 03-12299 RCL |

## DEFENDANT BROOKTROUT TECHNOLOGY, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT

Now comes the Defendant, Brooktrout Technology, Inc., by and through its counsel, and hereby submits the following disclosure of corporate affiliations pursuant to Local Rule 7.3:

Brooktrout Technology, Inc., a Delaware Corporation, is a wholly-owned subsidiary of Brooktrout, Inc., a Massachusetts Corporation.

                                          BROOKTROUT TECHNOLOGY, INC.,

                                          By its attorneys,

                                          */s/ Stacey DiJon*
                                          David S. Rosenthal (BBO #429260)
                                          Stacey L. DiJon (BBO # 647142)
                                          Nixon Peabody LLP
                                          100 Summer Street
                                          Boston, MA  02110

Dated: April 6, 2004                 (617) 345-1000

## CERTIFICATE OF SERVICE

I, Stacey L. DiJon, hereby certify that I have this day served a copy of the foregoing document, by first class mail to plaintiff's counsel on April 6, 2004.

*[signature]*
Stacey DiJon