## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYS J. MALDONADO, <br><br>                  **Plaintiff,** <br><br> - vs - <br><br> **BROOKTROUT TECHNOLOGY INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, AND CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT TECHNOLOGY, AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT TECHNOLOGY INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY,** <br><br>                  **Defendants.** | **C.A. No. 03-12299 RCL** |

## NOTICE OF APPEARANCE

Please enter the appearance of Gary J. Oberstein, Esq. for Defendants in the above-captioned action.

Respectfully submitted,

Gary J. Oberstein (BBO #555241)
David S. Rosenthal (BBO# 429260)
Stacey L. DiJon (BBO #647142)
NIXON PEABODY LLP
101 Federal Street
Boston, Massachusetts 02110-1832
(617) 345-1000
(617) 345-1300 (facsimile)

Dated: May 3, 2004

BOS1378229.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by overnight mail on May 3, 2004.

Stacey L. DiJon