IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYS J. MALDONADO,<br><br>                                    **Plaintiff,**<br><br>        - vs -<br><br>**BROOKTROUT TECHNOLOGY INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, AND CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT TECHNOLOGY, AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT TECHNOLOGY INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY,**<br><br>                                    **Defendants.** | **C.A. No. 03-12299 RCL** |

## LOCAL RULE 16.1 JOINT SCHEDULING CONFERENCE REPORT

I.      **Preliminary Statement**

The parties certify that they have conferred prior to the scheduling conference for the purpose of: (1) preparing an agenda of matters to be discussed at the conference; (2) preparing a proposed pretrial schedule and discovery plan; and (3) considering whether they consent to trial by magistrate judge. Certifications required by Local Rule 16.1(D)(3) will be filed separately.

II.     **Agenda of Matters To Be Discussed At Scheduling Conference**

The parties suggest that the following matters be discussed at the Scheduling Conference:

        (a)      Schedule for discovery and dispositive motions; and

    (b)      Appropriate identification of named Defendant misjoined as Brooktrout

             Technologies, Inc.

**III.    Proposed Joint Pretrial Discovery and Motion Schedule**

    <u>Plaintiff and Defendants propose as follows</u>:

    1.      The parties shall serve their respective Fed.R.Civ.P. 26(a) Automatic Disclosures on or before May 19, 2004.

    2.      All fact discovery including fact depositions shall be completed by November 19, 2004.

    3.      The parties shall serve all expert reports and otherwise comply with the expert disclosure requirements of Fed.R.Civ.P. 26(a) by December 3, 2004.

    4.      All rebuttal expert disclosures shall be served by December 24, 2004.

    5.      All expert discovery, including depositions, shall be completed by January 21, 2005.

    6.      All Fed.R.Civ.P. 56 motions shall be served by February 18, 2005.

    7.      All responses to Fed.R.Civ.P. 56 motions shall be served by March 18, 2005.

    8.      A final pre-trial conference shall be scheduled for April of 2005.

**IV.    Trial by Magistrate Judge**

At this time, the parties have not agreed to a trial by magistrate.  The parties wish to reserve the right to consider this option in the future.

IVYS J. MALDONADO,

BROOKTROUT TECHNOLOGY INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, AND CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT TECHNOLOGY, AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT TECHNOLOGY INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY,

By her attorney,

By their attorneys,

_Scott Lathrop (SA)_

Scott A. Lathrop, Esquire
(BBO# 287820)
122 Old Ayer Road
Groton, MA  01450
(978) 448-8334

_Stacey DiJon_

David S. Rosenthal (BBO# 429260)
Stacey L. DiJon (BBO # 647142)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

Dated:  April 28, 2004