UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 03-12299 RCL

```
**********************************************
```
IVYS J. MALDONADO,
    Plaintiff

v.

BROOKTROUT TECHNOLOGY INC.,
ERIC GILER, AS PRESIDENT OF BROOKTROUT
TECHNOLOGY AND INDIVIDUALLY,
CHRISTINE RYAN, AS CORPORATE HUMAN
RESOURCES DIRECTOR OF BROOKTROUT
TECHNOLOGY, AND INDIVIDUALLY,
MICHELE MICHAUD, AS SALES
ADMINISTRATION DIRECTOR OF BROOKTROUT
TECHNOLOGY INDIVIDUALLY, AND VALERIE
WASCOAT, AS SALES ADMINISTRATION
SUPERVISOR OF BROOKTROUT TECHNOLOGY
AND INDIVIDUALLY
    Defendants
```
**********************************************
```

## LOCAL RULE 16.1(D) CERTIFICATE

    Ivys J. Maldonado, , a party to the above-referenced action, and Scott A. Lathrop hereby certify that we have conferred:

(a)    with a view to establish budget for the cost of conducting the full course, and alternative courses, of the litigation; and,

(b)    to consider the advisability of resolving this litigation through the use of various alternative dispute resolution programs.

_____
Ivys J. Maldonado

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: 5/17/04

1

# Scott A. Lathrop & Associates

Scott A. Lathrop, P.C.
Beatrice T. Heveran, Esq.

**ATTORNEYS-AT-LAW**

slathrop@LathropLawOffices.com
www.LathropLawOffices.com

122 Old Ayer Road
Groton, MA 01450
Phone: (978) 448-8234
Fax: (978) 448-8244

Monday, May 17, 2004

Civil Clerk
U.S. District Court
U.S. Courthouse
1 Courthouse Way, Room 2300
Boston, MA 02110

Re: Maldonado v. Brooktrout Technology, No. 03-12299 RCL

Dear Sir/Madam:

Please file the enclosed Local Rule 16.1(D) Certificate.

Very truly yours,

Scott A. Lathrop

cc:  Stacey L. DiJon, Esq.
     James J. Long, Jr., Esq.
     Ivys Maldonado