IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -8 A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

IVYS J. MALDONADO,

           Plaintiff,

- vs -

BROOKTROUT TECHNOLOGY INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY, AND CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT TECHNOLOGY, AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT TECHNOLOGY INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT TECHNOLOGY AND INDIVIDUALLY,

           Defendants.

C.A. No. 03-12299 RCL

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LR.83.5.2(c), please take notice that Stacey L. DiJon formally withdraws her appearance as counsel of record for Defendants, Brooktrout Technology Inc., Eric Giler, as President of Brooktrout Technology and individually, and Christine Ryan, as Corporate Human Resources Director of Brooktrout Technology, and individually, Michele Michaud, as Sales Administration Director of Brooktrout Technology Individually, and Valerie Wascoat, as Sales Administration Supervisor of Brooktrout Technology and individually. Gary J. Oberstein and David S. Rosenthal of Nixon Peabody LLP will continue as attorneys of record for Defendants.

BOS1392128.1

There are no motions pending before the Court and no trial date has been set. The Defendants and Plaintiff's counsel of record have been served with a copy of this Notice.

Respectfully submitted,

*/s/ Stacey L. DiJon / jms*

Gary J. Oberstein (BBO #555241)
David S. Rosenthal (BBO# 429260)
Stacey L. DiJon (BBO #647142)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
(617) 345-1300 (facsimile)

Dated: July 7, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by overnight mail on July 7, 2004.

*/s/ Joanne M. Sylvester*
Joanne M. Sylvester