IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYS J. MALDONADO,<br>    PLAINTIFF | )<br>)<br>) |
| VS. | )<br>) |
| BROOKTROUT INC., ERIC GILER, AS<br>PRESIDENT OF BROOKTROUT INC.,<br>AND INDIVIDUALLY, AND<br>CHRISTINE RYAN, AS DIRECTOR OF<br>CORPORATE HUMAN RESOURCES<br>OF BROOKTROUT INC., AND<br>INDIVIDUALLY AND MICHELE MICHAUD,<br>AS SALES ADMINISTRATION DIRECTOR<br>OF BROOKTROUT, INC., AND<br>INDIVIDUALLY AND VALERIE WASCOAT<br>AS SALES ADMINISTRATION<br>SUPERVISOR OF BROOKTROUT, INC.,<br>AND  INDIVIDUALLY,<br>    DEFENDANTS. | )<br>)<br>)<br>) DOCKET NO.  03 CV 12299 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO AMEND HER AMENDED COMPLAINT FOR DECLARATORY RELIEF AND FOR IT TO BE LABELED AS "SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF"

Now comes the Plaintiff in the above matter and moves for leave to amend her Amended Complaint and for same to be labeled as "Second Amended Complaint for Declaratory Relief".

And as grounds therefor the Plaintiff states:

On or about November 18, 2003, her Complaint for Declaratory Relief was filed with the Clerk, United States District Court. Thereafter, prior to service of process, the Complaint was amended on or about December 17, 2003, and re-filed

with the Clerk, United States District Court.

At the Scheduling Conference, held on May 5, 2004, it was ordered that the name of a Defendant, then shown as Brooktrout Technology, Inc., be changed to that of Brooktrout, Inc., which is one of the subject purposes of this Motion.

Further, as one of the Exhibits attached to the Amended Complaint was unlabeled and there were also several pages within that Amended Complaint that had typographical errors, including dates, this Motion to Amend now also seeks the allowance for such inclusions within the proposed Second Amended Complaint, as well.

The Defendants have assented to this Motion for a Second Amended Complaint for Declaratory Relief.

WHEREFORE, for any and/or all of the foregoing reasons, the Plaintiff respectfully requests that this Honorable Court allow her Motion to so Amend.

Respectfully submitted,

By Plaintiff's attorney,

ASSENTED TO:

_____
Gary J. Oberstein, Esquire, BBO# 555241
David S. Rosenthal, Esquire, BBO# 429260
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110-1832
(617) 345-1000

_____
JAMES J. LONG, JR., ESQUIRE
44 Pleasant Street
Woburn, MA 01801
(781) 935-5634
BBO# 304040



# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

David S. Rosenthal
Direct Dial: (617) 345-6183
E-Mail: drosenthal@nixonpeabody.com

August 10, 2004

James J. Long, Jr., Esq.
44 Pleasant Street
Woburn, MA 01801

Re:    Maldonado v. Brooktrout Technology, Inc. et al.

Dear Mr. Long:

I have your letter of August 2, 2004, and the enclosed Motion with the proposed Second Amended Complaint for Declaratory Relief. Please be advised that the defendants will not be opposing your motion, without, of course, conceding the truth of the allegations in the proposed complaint.

Very truly yours,

David S. Rosenthal

DSR/aa
cc:    Gary J. Oberstein, Esq.

BOS1407676.1    INCLUDING ATTORNEYS FORMERLY OF HUTCHINS WHEELER & DITTMAR

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC

**JAMES J. LONG, JR.**
Attorney And Counselor At Law
44 Pleasant Street
Woburn, MA 01801
------
Phone (781) 935-5634
Fax (781) 935-5653

August 2, 2004

Gary J. Oberstein, Esquire
David S. Rosenthal, Esquire
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110-1832

Re:  Ivys J. Maldonado
Vs.  Brooktrout, Inc., Eric Giler, Christine Ryan,
     Michele Michaud, and Valerie Wascoat
     Docket No.: 03 CV 12299 RCL

Dear Attorneys Oberstein & Rosenthal:

Please find a copy of the Motion for the amending of the Amended Complaint to include not only the name change from Brooktrout Technology, Inc. to Brooktrout, Inc., but also for correction as to typographical errors relating to dates, which Attorney Lathrop had previously discussed with you.

Also, I am enclosing copies of the re-printed Amended Complaint, including those pages that contain the changes of date from November 12, 2001 to November 19, 2001. A copy of the E-Mail dated Friday, December 21, 2001 which was unlabeled and attached to Exhibit "U" has now been labeled as Exhibit "V" as indicated within the Amended Complaint on page 19. We have now re-labeled Exhibits "V", "W" and "X" correctly, as indicated within the Amended Complaint. These changes are as follows:

1. First Page of the proposed Amended Complaint as to the name from Brooktrout Technology, Inc., to Brooktrout, Inc.;
2. Page 2, paragraphs 5 and 6;
3. Page 4, paragraph 21;
4. Page 6, paragraph 45;

Gary J. Oberstein, Esquire
David S. Rosenthal, Esquire
NIXON PEABODY LLP
August 2, 2004
Page Two

5. Page 13, paragraph 97;
6. Page 15, paragraphs 115 and 116; and
7. Page 16, paragraphs 120, 121 and 122. (Please note that 122 was also slightly further changed to provide better clarification).

Should you agree to this Second Amendment to the Complaint, would you kindly let me know so that we may file same.

Thanking you for your courtesy and cooperation in this matter, I remain

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　James J. Long, Jr.

JJLJr/lk
Enclosures

cc: Scott A. Lathrop, Esquire
　　Client