Ivys J. Maldonado
157 Washington Circle
Woburn, Ma. 01801

Tel:   (781) 938.1370

---

November 6, 2004

Mr. James Long Jr
44 Pleasant Street
Woburn, Ma. 01801

RE:   Maldonado vs. Brooktrout
      Docket No. 02 CV 1299 RCL
      Acceptance of your Withdrawal

Jim,

The purpose of this letter is to forward both the November 4 and November 5, 2004 written communications that I faxed to your office and then followed up with several telephone calls. I want to assure that you do not later claim that you did not receive my faxes.

I called your office yesterday and informed your granddaughter, Shauna, that I had spoken to Scott Lathrop and he had agreed to continue in the case until we can later decide what to do regarding legal representation. I understood from our conversation of November 4th that you were withdrawing and Scott Lathrop also understood this to be the fact from the voicemail message that you left him.

As noted I was left speechless by the way you have mismanaged my case and your lack of knowledge not only on the US District Court process but also in your inability to accept that you have not done your job. Therefore, I have no regrets in accepting your withdrawal from this case. It is unacceptable for an attorney to take a case and pass it's responsibilities to the client and not comply with the court-approved schedule. Not only did you not know that the documents required for the Defendant's First Request for Production of Documents had been delivered to your office but in addition to that when I mentioned that we were suppose to be completed with discovery by November 18, 2004, you had no clue and were not able to confirm if that was the case.

Yesterday, I requested that you release me from any financial responsibilities with you since you did not comply with your responsibilities. I need your written confirm to this before I can move forward and decide if I need to seek new counsel. In addition, I would

## Confirmation Report — Memory Send

```
                                    Time      : Nov-05-2004  14:21
                                    Tel line  : +7816473999
                                    Name      : VENTURCOM
```

| | | |
|---|---|---|
| Job number | : | 133 |
| Date | : | Nov-05 14:19 |
| To | : | 17819355653 |
| Document pages | : | 002 |
| Start time | : | Nov-05 14:19 |
| End time | : | Nov-05 14:21 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number   : 133             *** SEND SUCCESSFUL ***

---

**Ivys Maldonado**

From: Ivys Maldonado
Sent: Friday, November 05, 2004 2:05 PM
To: Ivys Maldonado
Cc: 'slathrop@lathroplawoffices.com'
Subject: RE: Message to James Long - Acceptance of your Withdrawal (Brooktrout: Docket No. 03 CV 1299 RCL) Faxing to James Long

Hi Jim,

I tried reaching you to confirm that I have spoken with Scott Lathrop and he will be staying on the case until we decide what we are going to do. He has already contacted opposing counsel and informed them that you will be withdrawing. Scott Lathrop is also coordinating on a new schedule with Defendant's counsel. Per our conversation yesterday, you did inform me that you were withdrawing and I verbally accepted your withdrawal. Today, I confirmed my acceptance to your withdrawal in writing. You are now officially withdrawn from this case.

As mentioned in our conversation of today I am not pleased with your service and the way that you have managed this case. The below referenced and attached email reflect my discontent with you.

Please inform me of what my financial obligation is with you, if any.

Thank you.

-----Original Message-----
From: Ivys Maldonado
Sent: Friday, November 05, 2004 10:08 AM
To: Ivys Maldonado
Cc: 'slathrop@lathroplawoffices.com'
Subject: Message to James Long - Acceptance of your Withdrawal (Brooktrout: Docket No. 03 CV 1299 RCL) Faxing to James Long

Jim,

This is to confirm our conversation of yesterday in which you informed me that you will be withdrawing from the Brooktrout case. I am hereby confirming my acceptance of your withdrawal.

I called your office earlier today and left a message for you with Katie.

I do not expect that you would be seeking any monetary compensation since you have not been able to meet the schedules and deadlines agreed upon in court. In addition, in every occasion that documents have been required you have pass your responsibilities over to me. I will summarize them below:

- I prepared detailed summaries for you regarding every incident referenced in the complaint
- I spent hours at Boston University Library researching and making copies of CFR's as well as Massachusetts Law cases regarding SNLA because you did not have the resources available in your office. This was done at my own expense.
- Drafted and reviewed the complaint after it was typed. I made corrections when appropriate.
- At my expense, I made numerous sets of copies of all the documents that I had in my possession and forwarded them to you.
- At my expense, I requested copies of DET documents and audio tapes.
- I paid all fees involved with the filing and service of the complaint.
- I drafted our request for Production of Documents.
- I drafted all of the Interrogatories (Brooktrout, Valerie Wascoat, Michele Michaud, Christine Ryan and Eric Giler)

1

# Ivys Maldonado

**From:** Ivys Maldonado
**Sent:** Friday, November 05, 2004 2:05 PM
**To:** Ivys Maldonado
**Cc:** 'slathrop@lathroplawoffices.com'
**Subject:** RE: Message to James Long - Acceptance of your Withdrawal (Brooktrout: Docket No. 03 CV 1299 RCL) Faxing to James Long

Hi Jim,

I tried reaching you to confirm that I have spoken with Scott Lathrop and he will be staying on the case until we decide what we are going to do. He has already contacted opposing counsel and informed them that you will be withdrawing. Scott Lathrop is also coordinating on a new schedule with Defendant's counsel. Per our conversation yesterday, you did inform me that you were withdrawing and I verbally accepted your withdrawal. Today, I confirmed my acceptance to your withdrawal in writing. You are now officially withdrawn from this case.

As mentioned in our conversation of today I am not pleased with your service and the way that you have managed this case. The below referenced and attached email reflect my discontent with you.

Please inform me of what my financial obligation is with you, if any.

Thank you.

-----Original Message-----
**From:** Ivys Maldonado
**Sent:** Friday, November 05, 2004 10:08 AM
**To:** Ivys Maldonado
**Cc:** 'slathrop@lathroplawoffices.com'
**Subject:** Message to James Long - Acceptance of your Withdrawal (Brooktrout: Docket No. 03 CV 1299 RCL) Faxing to James Long

Jim,

This is to confirm our conversation of yesterday in which you informed me that you will be withdrawing from the Brooktrout case. I am hereby confirming my acceptance of your withdrawal.

I called your office earlier today and left a message for you with Katie.

I do not expect that you would be seeking any monetary compensation since you have not been able to meet the schedules and deadlines agreed upon in court. In addition, in every occasion that documents have been required you have pass your responsibilities over to me. I will summarize them below:

- I prepared detailed summaries for you regarding every incident referenced in the complaint

- I spent hours at Boston University Library researching and making copies of CFR's as well as Massachusetts Law cases regarding SNLA because you did not have the resources available in your office. This was done at my own expense.

- Drafted and reviewed the complaint after it was typed. I made corrections when appropriate.

- At my expense, I made numerous sets of copies of all the documents that I had in my possession and forwarded them to you.

- At my expense, I requested copies of DET documents and audio tapes.

- I paid all fees involved with the filing and service of the complaint.

- I drafted our request for Production of Documents.

- I drafted all of the Interrogatories (Brooktrout, Valerie Wascoat, Michele Michaud, Christine Ryan and Eric Giler)

1

- I provided you with hard copies as well as diskettes including Production of Documents and Interrogatories.

- I installed WordPerfect in my home computer and converted the above referenced files from Word documents to WordPerfect so that you would not have to retype the documents.

- I provided you again with copies of all documents and some additional exhibits for Defendant's First Request for Production of Documents

- I reviewed Defendant's Request for Production of Documents and found that most of their statements did not match the complaint

- You did not forward the documents required to Defendant's attorney's on time, therefore my deposition scheduled for Monday, November 8th had to be postponed.

I need your written and verbal confirmation as to the financial status and what remuneration, if any, you intend to seek. Because of the items noted above, I believe that you should release me from any financial responsibilities. I will not be able to move forward and seek a new attorney to represent me until I confirm with you these details. I had a conversation with Scott yesterday in which he was willing to walk away without seeking any remuneration for time that he had spent in this case.

I also need for you to return the set of documents that were dropped off in your office on Monday (Exhibits/Documents Defendant's Request for Production of Documents). In addition, please return the DET audio tapes that you have in your possession since I paid for these and do not have duplicate copies.

I look forward to your verbal and written confirmation today.

Thank you.


Ivys Maldonado
Sales Administrator
Venturcom, Inc.
29 Sawyer Road
Waltham, Ma. 02453-3467
imaldonado@vci.com
Tel.: 781.647.3000 ext 301
Fax: 781.647.3999

2

```
Confirmation Report - Memory Send

                                    Time      : Nov-05-2004  10:25
                                    Tel line  : +7816473999
                                    Name      : VENTURCOM


  Job number       :  126

  Date             :  Nov-05 10:23

  To               :  17819355653

  Document pages   :  002

  Start time       :  Nov-05 10:23

  End time         :  Nov-05 10:25

  Pages sent       :  002

  Status           :  OK

  Job number       :  126          *** SEND SUCCESSFUL ***
```

---

**Ivys Maldonado**

From: Ivys Maldonado
Sent: Friday, November 05, 2004 10:08 AM
To: Ivys Maldonado
Cc: 'slathrop@lathroplawoffices.com'
Subject: Message to James Long - Acceptance of your Withdrawal (Brooktrout: Docket No. 03 CV 1299 RCL) Faxing to James Long

Jim,

This is to confirm our conversation of yesterday in which you informed me that you will be withdrawing from the Brooktrout case. I am hereby confirming my acceptance of your withdrawal.

I called your office earlier today and left a message for you with Katie.

I do not expect that you would be seeking any monetary compensation since you have not been able to meet the schedules and deadlines agreed upon in court. In addition, in every occasion that documents have been required you have pass your responsibilities over to me. I will summarize them below:

- I prepared detailed summaries for you regarding every incident referenced in the complaint
- I spent hours at Boston University Library researching and making copies of CFR's as well as Massachusetts Law cases regarding SNLA because you did not have the resources available in your office. This was done at my own expense.
- Drafted and reviewed the complaint after it was typed. I made corrections when appropriate.
- At my expense, I made numerous sets of copies of all the documents that I had in my possession and forwarded them to you.
- At my expense, I requested copies of DET documents and audio tapes.
- I paid all fees involved with the filing and service of the complaint.
- I drafted our request for Production of Documents.
- I drafted all of the Interrogatories (Brooktrout, Valerie Wascoat, Michele Michaud, Christine Ryan and Eric Giler)
- I provided you with hard copies as well as diskettes including Production of Documents and Interrogatories.
- I installed WordPerfect in my home computer and converted the above referenced files from Word documents to WordPerfect so that you would not have to retype the documents.
- I provided you again with copies of all documents and some additional exhibits for Defendant's First Request for Production of Documents
- I reviewed Defendant's Request for Production of Documents and found that most of their statements did not match the complaint
- You did not forward the documents required to Defendant's attorney's on time, therefore my deposition scheduled for Monday, November 8th had to be postponed.

I need your written and verbal confirmation as to the financial status and what remuneration, if any, you intend to seek. Because of the items noted above, I believe that you should release me from any financial responsibilities. I will not be able to move forward and seek a new attorney to represent me until I confirm with you these details. I had a conversation with Scott yesterday in which he was willing to walk away without seeking any remuneration for time that he had spent in this case.

1