IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYS J. MALDONADO,<br>PLAINTIFF<br><br>VS.<br><br>BROOKTROUT INC., ERIC GILER, AS<br>PRESIDENT OF BROOKTROUT INC.,<br>AND INDIVIDUALLY, AND<br>CHRISTINE RYAN, AS DIRECTOR OF<br>CORPORATE HUMAN RESOURCES<br>OF BROOKTROUT INC., AND<br>INDIVIDUALLY AND MICHELE MICHAUD,<br>AS SALES ADMINISTRATION DIRECTOR<br>OF BROOKTROUT, INC., AND<br>INDIVIDUALLY AND VALERIE WASCOAT<br>AS SALES ADMINISTRATION<br>SUPERVISOR OF BROOKTROUT, INC.,<br>AND INDIVIDUALLY,<br>DEFENDANTS. | DOCKET NO. 03 CV 12299 RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LR.83.5.2(c), please take notice that James J. Long, Jr., formally withdraws his appearance as Co- counsel of record for Plaintiff, Ivys J. Maldonado. Scott A. Lathrop will continue as attorney of record, at this time for Plaintiff.

The Plaintiff's counsel of record and Defendant's counsel of record have been

served with a copy of this Notice.

Respectfully submitted,

_____
JAMES J. LONG, JR., ESQUIRE
BBO# 304040
44 Pleasant Street
Woburn, MA 01801
(781) 935-5634

Dated: November 9, 2004

## CERTIFICATE OF SERVICE

I, James J. Long, Jr., hereby certify that a true copy of the above document was served upon the attorney of record for each party by First Class mail, postage prepaid, this 9th day of November, 2004.

_____
JAMES J. LONG, JR., ESQUIRE
BBO# 304040
44 Pleasant Street
Woburn, MA 01801
(781) 935-5634

Dated: November 9, 2004

IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYS J. MALDONADO,<br>　　PLAINTIFF<br><br>VS.<br><br>BROOKTROUT INC., ERIC GILER, AS<br>PRESIDENT OF BROOKTROUT INC.,<br>AND INDIVIDUALLY, AND<br>CHRISTINE RYAN, AS DIRECTOR OF<br>CORPORATE HUMAN RESOURCES<br>OF BROOKTROUT INC., AND<br>INDIVIDUALLY AND MICHELE MICHAUD,<br>AS SALES ADMINISTRATION DIRECTOR<br>OF BROOKTROUT, INC., AND<br>INDIVIDUALLY AND VALERIE WASCOAT<br>AS SALES ADMINISTRATION<br>SUPERVISOR OF BROOKTROUT, INC.,<br>AND INDIVIDUALLY,<br>　　DEFENDANTS. | DOCKET NO. 03 CV 12299 RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LR.83.5.2(c), please take notice that James J. Long, Jr., formally withdraws his appearance as Co- counsel of record for Plaintiff, Ivys J. Maldonado. Scott A. Lathrop will continue as attorney of record, at this time for Plaintiff.

The Plaintiff's counsel of record and Defendant's counsel of record have been

served with a copy of this Notice.

                              Respectfully submitted,

                              _____
                              JAMES J. LONG, JR., ESQUIRE
                              BBO# 304040
                              44 Pleasant Street
                              Woburn, MA 01801
                              (781) 935-5634

Dated: November 9, 2004

## CERTIFICATE OF SERVICE

I, James J. Long, Jr., hereby certify that a true copy of the above document was served upon the attorney of record for each party by First Class mail, postage prepaid, this 9th day of November, 2004.

                              _____
                              JAMES J. LONG, JR., ESQUIRE
                              BBO# 304040
                              44 Pleasant Street
                              Woburn, MA 01801
                              (781) 935-5634

Dated: November 9, 2004