UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No.  03-12299 RCL

```
****************************************
IVYS J. MALDONADO,                     *
         Plaintiff                     *
                                       *
                                       *
     v.                                *
                                       *
BROOKTROUT INC., et al.,               *
         Defendants                    *
****************************************
```

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Plaintiff and her counsel Scott A. Lathrop hereby request leave to file the short accompanying reply to defendants' response to the undersigned's Motion for Leave to Withdraw as Counsel.

                                          Ivys Maldonado
                                          By her attorney

*/s/ Scott A. Lathrop*
_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated:  November 20, 2004

1

Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Reply on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

                                        */s/ Scott A. Lathrop*
                                        _____
                                        Scott A. Lathrop

Dated:  November 20, 2004