UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No.   03-12299 RCL

****************************************
| IVYS J. MALDONADO, | * |
| Plaintiff | * |
| | * |
| | * |
| v. | * |
| | * |
| BROOKTROUT INC., et al., | * |
| Defendants | * |
****************************************

### PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Plaintiff and her counsel Scott A. Lathrop hereby reply to defendant's response to the undersigned's Motion for Leave to Withdraw as Counsel.  Defendants' desire to quickly complete discovery is understandable, but under the circumstances of this case are unrealistic.  As stated, it would take the undersigned (or successor counsel) approximately 120 days to determine what exactly has and has not been done by Atty. Long with regard to discovery so far and then to complete the discovery.  Furthermore, while defendants are certainly due a response to their request for production of documents, it will take more than five business days to obtain those documents from Atty. Long, review them for completeness, Bates stamp them and deliver them to defendants.  Likewise new counsel should have a little more than seven days to meet plaintiff, review the details of the case and prepare plaintiff for her deposition.

Therefore, while the concept of the deadlines that the defendants wish to impose are not unreasonable in themselves, the actual deadlines they request are.  A more reasonable set of deadlines would be for the documents to be produced within 21 days of retention of new counsel,

the deposition to occur within 28 days of retention of new counsel and all other dates of the

Court's Scheduling Order to be extended by 120 days.

                                        Ivys Maldonado
                                        By her attorney

                                        */s/ Scott A. Lathrop*

                                        _____
                                        Scott A. Lathrop, Esq.
                                        Scott A. Lathrop & Associates
                                        122 Old Ayer Road
                                        Groton, MA 01450
                                        (978) 448-8234
                                        BBO No. 287820

Dated: November 20, 2004


                                    Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Reply on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

                                        */s/ Scott A. Lathrop*

                                        _____
                                        Scott A. Lathrop

Dated: November 20, 2004