UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No.  03-12299 RCL

```
****************************************
IVYS J. MALDONADO,                      *
         Plaintiff                      *
                                        *
                                        *
      v.                                *
                                        *
BROOKTROUT INC., et al.,                *
         Defendants                     *
****************************************
```

**PLAINTIFF'S MOTION FOR LEAVE TO EXTEND DISCOVERY DEADLINE
WITH LOCAL RULE 7.1(A)(2) CERTIFICATE**

The undersigned Attorney Scott A. Lathrop, the sole remaining counsel for plaintiff Ivys Maldonado, hereby requests leave of this Court to extend the discovery and summary judgment deadlines in this case.  The basis for this request is as follows:

1. Up until early November, 2004, the original and lead counsel for plaintiff Ivys Maldonado was Atty. James J. Long, Jr., Esq.

2. Atty. Long (who has minimal experience in Federal Court) recruited the undersigned (who does have extensive experience in Federal Court) to advise Atty. Long as to procedure in Federal Court and to serve as second chair in this case to Atty. Long.  Given the undersigned's heavy litigation caseload, the undersigned agreed on that basis to serve as second chair on this case.

3. Atty. Long in a filing dated November 9, 2004, withdrew as counsel from this case with the approval of plaintiff Maldonado. The reasons for plaintiff Maldonado approving of

1

      this withdrawal are detailed in a letter she filed with the Court on November 10, 2004.

4. By e-mail dated November 5, 2004, the undersigned advised counsel for defendants that Atty. Long was withdrawing from this case, leaving plaintiff Maldonado and the undersigned in a difficult position. Plaintiff Maldonado asked the undersigned to take over the lead on this case. However, the undersigned advised plaintiff Maldonado and counsel for defendants that if the undersigned were to try to take over the lead in this case (as opposed to moving to withdraw), the undersigned would need the consent of defense counsel to request that the Court extend the current discovery deadlines by 120 days. The premise was that it would take the undersigned (or successor counsel) that long to determine what exactly has and has not been done by Atty. Long with regard to discovery so far and then to complete the discovery. A copy of this e-mail is attached as Exhibit 1.

5. On November 5, 2004, the undersigned also explained this issue by telephone to the secretary to counsel for defendants.

6. Counsel for defendants received this e-mail. However, his only response was to reschedule plaintiff's deposition from November 18, 2004, to November 19, 2004. (Ex. 2)

7. By e-mail dated November 18, 2004, the undersigned again requested counsel for defendants to respond to his request to extend the discovery deadlines so that the undersigned could fully take over the handling of this case as opposed to moving to withdraw. (Ex. 3)

8. Despite the above several requests, counsel for defendants has failed/refused to respond to the undersigned's request concerning jointly requesting an extension of discovery

deadlines. As stated above, this left plaintiff and the undersigned in an untenable position.

9. The undersigned then consulted with plaintiff Maldonado, and she has consented to the undersigned moving to withdraw as counsel so that she can seek another lead counsel who had the experience and availability to handle this case.

10. On November 12, 2004, the undersigned moved to withdraw from this case.

11. On November 30, 2004, this Court denied the motion to withdraw without prejudice.

12. Since early December, 2004, plaintiff Maldonado has attempted to obtain other counsel but has not been successful in finding other counsel.

13. By e-mail dated January 4, 2005, the undersigned advised counsel for defendant that plaintiff Maldonado has not been successful in finding other counsel. The undersigned proposed (again) to counsel for defendant that if the discovery and summary judgment deadlines were extended, then the undersigned would be able to take over as lead counsel. (Ex. 4)

14. Counsel for defendant failed to respond to the January 4, 2005, request.

15. By e-mail dated January 11, 2005, the undersigned advised counsel for defendant that if a response to the proposal to extend the discovery and summary judgment deadlines were not received within 24 hours, then the undersigned would have to file the foregoing motion with Court. (Ex. 5)

16. Counsel for defendant failed to respond to the January 11, 2005, request.

17. Therefore the undersigned requests that this Court extend the discovery and summary judgment deadlines to as follows:

|   |   |   |
|---|---|---|
| a. | Discovery completed | May 31, 2005 |
| b. | Expert reports due | June 15, 2005 |
| c. | Rebuttal expert report due | June 30, 2005 |
| d. | Expert discovery over | July 15, 2005 |
| e. | Summary judgment served | August 15, 2005 |
| f. | Opposition to summary judgment served | September 15, 2005 |

**WHEREFORE** the undersigned requests that this Court extend the discovery and summary judgment deadlines as indicated.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Scott A. Lathrop, hereby certify that I have attempted to confer with opposing counsel in good faith to resolve or narrow the issues presented in this motion but have been unsuccessful.

                              Ivys Maldonado
                              By her attorney

                              */s/ Scott A. Lathrop*
                              _____
                              Scott A. Lathrop, Esq.
                              Scott A. Lathrop & Associates
                              122 Old Ayer Road
                              Groton, MA 01450
                              (978) 448-8234
                              BBO No. 287820

Dated: January 12, 2005

Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

*Scott A. Lathrop*

_____
Scott A. Lathrop

Dated: January 12, 2005