## Scott A. Lathrop

| | |
|---|---|
| **From:** | "Scott A. Lathrop" <slathrop@lathroplawoffices.com> |
| **To:** | "David Rosenthal" <drosenthal@nixonpeabody.com> |
| **Sent:** | Friday, November 05, 2004 9:43 AM |
| **Subject:** | Maldonado v. Brooktrout |

Dear Atty. Rosenthal:

As I had indicated recently in separate communications with you, I am merely second chair on this case. Atty. Long has had primary responsibility for this case, including all discovery matters.

I have now learned that Atty. Long is withdrawing from this case immediately (for reasons I will not get into.) This leaves Ms. Maldonado and I in a difficult position. As you know, under the current court deadlines discovery was to have been completed by November 19, 2004, which in light of the foregoing will not be possible.

Ms. Maldonado has asked me to take over the lead on this case. It is not clear at this time if I can or will do this. Realistically if I am going to try to take over the lead in this case (as opposed to moving to withdraw myself), I will need your consent to request that the court extend the current deadlines by 120 days. It will take me or successor counsel that long to determine what exactly has and has not been done with regard to discovery so far and then to complete the discovery.

Please let me know your position on this as soon as possible.

Separately, I am informed that you and Atty. Long agreed to reschedule Ms. Maldonado's deposition to 11/18/04. Please be advised that I already am scheduled to be in court that day on other matters.

Sincerely,

Scott A. Lathrop

       Scott A. Lathrop & Associates
          Attorneys at Law
         122 Old Ayer Road
          Groton, MA 01450
Tel: (978) 448-8234   Fax: (978) 448-8244

11/11/2004