

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

David S. Rosenthal
Direct Dial: (617) 345-6183
E-Mail: drosenthal@nixonpeabody.com

November 8, 2004

**VIA FACSIMILE 978-448-8244**

Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450

    RE:   Maldonado v. Brooktrout, Inc., et al
           USDC No. 03CV12299-RCL

Dear Mr. Lathrop:

    Enclosed is the re-notice of deposition for Ivys J. Maldonado. Since you are unavailable on November 18th, I have scheduled the deposition for Friday, November 19th.

    I must have all of the plaintiff's documents well in advance of the deposition. Thank you for your anticipated cooperation.

Very truly yours,

David S. Rosenthal

DSR/dlp
Enclosure
cc: James J. Long, Jr., Esq.

BOS1433994.1    INCLUDING ATTORNEYS FORMERLY OF HUTCHINS WHEELER & DITTMAR

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC

EX 2