## Scott A. Lathrop

**From:** "Scott A. Lathrop" <slathrop@lathroplawoffices.com>
**To:** "David Rosenthal" <drosenthal@nixonpeabody.com>
**Sent:** Monday, November 08, 2004 1:11 PM
**Subject:** Maldonado v. Brooktrout

Dear Atty. Rosenthal:

I just received by fax your re-notice of Ms. Maldonado's deposition for 11/19/04. From that I understand that you have received my e-mail of last Friday, although you have not otherwise responded to the issues I raised in that e-mail.

Please be advised that I am tied up in court on 11/19/04. Therefore, for that reason if for no others, we need to discuss the issues raised in my e-mail of last Friday.

Sincerely,

Scott A. Lathrop

Scott A. Lathrop & Associates
Attorneys at Law
122 Old Ayer Road
Groton, MA 01450
Tel: (978) 448-8234   Fax: (978) 448-8244

11/11/2004

EX 3