## Scott A. Lathrop

**From:** "Scott A. Lathrop" <slathrop@lathroplawoffices.com>
**To:** "David Rosenthal" <drosenthal@nixonpeabody.com>
**Sent:** Tuesday, January 04, 2005 3:42 PM
**Subject:** Maldonado v. Brooktrout

Dear Atty. Rosenthal:

I have just heard from Ms. Maldonado. She has been diligently looking for new lead counsel, but still has not found such.

I would therefore like to raise my former proposition to you again. If we can agree on extending the discovery and SJ deadlines a reasonable amount out, then (and only then) would I be able to take on the roll of lead counsel. While I understand that your client wishes to move this case forward as quickly as possible, it would appear that the case would move still move more quickly if you and I could agree on new discovery and SJ deadline as opposed to you and new counsel (whenever he or she is found) negotiating the same.

Does this make any sense?

Sincerely,

Scott A. Lathrop

Scott A. Lathrop & Associates
Attorneys at Law
122 Old Ayer Road
Groton, MA 01450
Tel: (978) 448-8234   Fax: (978) 448-8244

1/11/2005

Ex 4