## Scott A. Lathrop

**From:** "Scott A. Lathrop" <slathrop@lathroplawoffices.com>
**To:** "David Rosenthal" <drosenthal@nixonpeabody.com>
**Sent:** Tuesday, January 11, 2005 1:14 PM
**Subject:** Request to extend deadlines

Dear Atty. Rosenthal:

On January 4, 2005, I advised you by e-mail that Ms. Maldonado has been unsuccessful in finding new counsel. I therefore suggested that we agree on extending the discovery and summary judgment deadlines so that I could take on the roll of lead counsel and then this case could move forward.

I have not received a response to this e-mail. Therefore I am asking for a response again. If I do not receive a response within 24 hours, I will assume that you will not assent to this and will instead file a motion with the court to have it extend the deadlines.

Sincerely,

Scott A. Lathrop

Scott A. Lathrop & Associates
Attorneys at Law
122 Old Ayer Road
Groton, MA 01450
Tel: (978) 448-8234   Fax: (978) 448-8244

1/11/2005

EX 5