UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IVYS J. MALDONADO,

      **Plaintiff,**

- vs -

BROOKTROUT, INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT AND INDIVIDUALLY, AND CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT AND INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT AND INDIVIDUALLY,

      **Defendants.**

C.A. No. 03-12299 RCL

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff and Defendants hereby jointly move this Court for an Order modifying the Scheduling Order dated February 6, 2005, to extend the deadline for fact discovery to June 24, 2005.

Currently, the Scheduling Order provides for the completion of fact discovery on March 31, 2005, with all discovery (including expert discovery) to be completed by June 24, 2005. The parties are requesting a modification which would allow them additional time to complete fact discovery, until June 24, 2005, without impacting the other dates in the existing Scheduling Order.

BOS1479650.1

- 2 -

This modification is being requested because counsel's work schedule and the magnitude of the discovery in this case, require that the parties have additional time to complete their fact discovery.

WHEREFORE, it is respectfully requested that the Court allow this Motion.

Respectfully submitted,

_David S. Rosenthal_
David S. Rosenthal (BBO #429260)
Attorney for Defendants
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
617-345-6183

_Scott A. Lathrop (by DSR)_
Scott A. Lathrop (BBO #287820)
Attorney for Plaintiff
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
978-448-8234

Dated: March 31, 2005

BOS1479650.1