UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No.   03-12299 RCL

```
*****************************
IVYS J. MALDONADO,             *
        Plaintiff              *
                               *
                               *
    v.                         *
                               *
BROOKTROUT INC., et al.,       *
        Defendants             *
*****************************
```

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff and Defendants hereby jointly move this Court for an Order modifying the Scheduling Order in this case.

Currently, the Scheduling Order provides for the completion of all discovery by June 24, 2005, summary judgment is due by July 22, 2005, and the opposition to summary judgment is due by August 22, 2005.

Because discovery is taking longer than anticipated, the parties are requesting a modification of the current Scheduling Order which would push back all of the above dates by sixty (60) days. In other words, the parties are asking the Court to modify the Scheduling Order to provided for the completion of all discovery by August 24, 2005, summary judgment is due by September 22, 2005, and the opposition to summary judgment is due by October 22, 2005.

This modification is being requested because counsels' work schedule and the magnitude of the discovery in this case require that the parties have additional time to complete their discovery.

WHEREFORE, it is respectfully requested that the Court allow this Motion.

Respectfully submitted,

*David S Rosenth/SAC*
David S. Rosenthal (BBO #429260)
Attorney for Defendants
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
617-345-6183

*Scott A Lathrop*
Scott A. Lathrop (BBO #287820)
Attorney for Plaintiff
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
978-448-8234

Dated: 5/17/05