UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYS J. MALDONADO,<br><br>    Plaintiff,<br><br>- vs -<br><br>BROOKTROUT, INC., ERIC GILER, AS PRESIDENT OF BROOKTROUT AND INDIVIDUALLY, AND CHRISTINE RYAN, AS CORPORATE HUMAN RESOURCES DIRECTOR OF BROOKTROUT AND INDIVIDUALLY, MICHELE MICHAUD, AS SALES ADMINISTRATION DIRECTOR OF BROOKTROUT AND INDIVIDUALLY, AND VALERIE WASCOAT, AS SALES ADMINISTRATION SUPERVISOR OF BROOKTROUT AND INDIVIDUALLY,<br><br>    Defendants. | C.A. No. 03-12299 RCL |

## ASSENTED TO MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties hereby move this Court for an Order modifying the Scheduling Order dated May 17, 2005, to extend the deadline to file dispositive motions until November 18, 2005, with a deadline to oppose dispositive motions of December 19, 2005.

Currently, the Revised Scheduling Order provides that summary judgment is due by September 22, 2005 and the opposition to summary judgment is due by October 22, 2005. The parties are currently resolving some outstanding discovery issues, and the Plaintiff's deposition must be finished. The parties agreed to jointly move to amend the Scheduling Order to provide additional time to resolve discovery issues and to conclude Plaintiff's deposition. As a result, the parties request that the deadline for filing of dispositive motions be extended until

BOS1522213.1

November 18, 2005 with a deadline to oppose dispositive motions of December 19, 2005.

No party will be prejudiced by extending the deadlines of the dispositive motions.

WHEREFORE, it is respectfully requested that the Court allow this Motion.

Respectfully submitted,

BROOKTROUT, INC., *et al.*

By its attorneys,

*/s/ Carrie Campion*

David S. Rosenthal (BBO #429260)
Carrie J. Campion (BBO#656451)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
617-345-6183

Assented to:

IVYS J. MALDONADO,

By her attorney,

*/s/ Scott Lathrop (CJC)*

Scott A. Lathrop (BBO #287820)
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
978-448-8234

Dated: September 15, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 9/15/05
*Carrie Campion*

2

BOS1522213.1