

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

David S. Rosenthal
Direct Dial: (617) 345-6183
Direct Fax: 866-368-6633
E-Mail: drosenthal@nixonpeabody.com

April 25, 2006

**BY ELECTRONIC FILING**

Steven York
Docket Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

    RE:    **Maldonado v. Brooktrout Technology, Inc. et al**
             **Civil Action No. 03 CV 12299**

Dear Mr. York:

    This will confirm my voice mail message of today in which I advised you that the above-referenced matter has been settled. The parties will be filing a Stipulation of Dismissal with Prejudice as soon as the Settlement Agreement is signed.

    Please call with any questions you may have. Thank you for your courtesy.

Very truly yours,

David S. Rosenthal

DSR/dlp
cc:    Scott A. Lathrop, Esq. (by pdf)

BOS1588576.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • LOS ANGELES, CA • MANCHESTER, NH • McLEAN, VA • NEW YORK, NY
ORANGE COUNTY, CA • PALM BEACH GARDENS, FL • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC