UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 cv 12299 RCL

| |
|---|
| Ivys J. Maldonado,<br>               Plaintiff,<br><br>v.<br><br>Brooktrout Technology Inc., Eric Giler, as President of Brooktrout Technology and Individually, and Christine Ryan, as Corporate Human Resources Director of Brooktrout Technology, and Individually, Michele Michaud, as Sales Administration Director of Brooktrout Technology and Individually, and Valerie Wascoat, as Sales Administration Supervisor of Brooktrout Technology and Individually,<br><br>               Defendants. |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff and Defendants, by their respective counsel-of-record in the above-captioned action (the "Action"), hereby stipulate that Plaintiff's Complaint in the above-referenced Action, and all claims and counterclaims asserted in the Action, are hereby dismissed with prejudice and without costs or fees to any party.

Respectfully submitted,

Ivys Maldonado

By her attorney,

_Scott A Lathrop_
Scott A Lathrop
Dated: April 23, 2006

Brooktrout Technology, Inc., Eric Giler, Christine Ryan, Michele Michaud and Valerie Wascoat

By their attorneys,

_Dennis J. Rosenthal_

BOS1587230.2